IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 09-61731-CIV-LENARD/GARBER

MELANIE E. DAMIAN, as Receiver for the
Estate of Sean Nathan Healy,

    Plaintiff,

vs.

WHCC, LLC d/b/a WESTON HILLS
COUNTRY CLUB,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's Order (DE# 6), Defendant, WHCC, LLC d/b/a WESTON HILLS COUNTRY CLUB, hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement, identifying individuals and entities that may have a financial interest in the outcome of this case:

1. Heritage Golf Palmetto Hall, LLC ("Heritage")
2. James Husband, Manager of Heritage
3. Gary Dee, Manager and Executive Vice President of Heritage
4. Andrew Crosson, Manager and Executive Vice President of Hertiage
5. James Husband, President and CEO of Hertiage
6. Angela Kasten, Executive Vice President, CFO and Secretary of Heritage
7. Jeremy E. Slusher, P.A., Broad and Cassel, Counsel for Defendant
8. Melanie E. Damian, as Receiver for the Estate of Sean Nathan Healy, Plaintiff
9. Kenneth Dante Murena, P.A., Damian & Valori, LLP, Counsel for Plaintiff

10. Andrew C. DeWeese, Esq., Damian & Valori, LLP, Counsel for Plaintiff

        Respectfully submitted,

        BROAD AND CASSEL

        By: s/ Jeremy E. Slusher, P.A.
        JEREMY E. SLUSHER, P.A.
        Florida Bar No. 145769
        Email: jslusher@broadandcassel.com
        One North Clematis Street
        Suite 500
        West Palm Beach, Florida 33401
        Ph: (561) 832-3300
        Fax: (561) 655-1109

        Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic service, with a copy via U.S. Mail, upon Kenneth Dante Murena, P.A., Damian & Valori, LLP, 1000 Brickell Avenue, Suite 1020, Miami, Florida 33131, this 8th day of February, 2010.

        By: s/ Jeremy E. Slusher, P.A.